IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RAND STEPHENSON, LINDA MCNEAL,**
**TERRI FREPPON, and JUDY CARTER**                                                **PLAINTIFF**

vs.                                    Case No. 4:16-cv-818-BSM

**JH TITLE GROUP, LLC and**
**ASSOCIATES MANAGEMENT SERVICES, LLC**                              **DEFENDANTS**

### PLAINITFF TERRI FREPPON'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Terri Freppon, by and through her attorneys Dominique King and Josh Sanford of Sanford Law Firm, PLLC, and in support of her Unopposed Motion for Voluntary Dismissal without Prejudice, does state as follows:

1. On November 4, 2016, Plaintiff filed her Original Complaint against the above-referenced Defendants.

2. On August 10, 2017, Plaintiff filed her First Amended Complaint against the above-referenced Defendants.

3. Under Rule 41 of the Federal Rules of Civil Procedure, Plaintiff should be entitled to non-suit her claims.

4. It is the desire of Plaintiff to voluntarily dismiss her claims currently pending in this case.

5. Plaintiff hereby requests that the Court dismiss her claims without prejudice.

6. Plaintiff's counsel has conferred with Defendant's counsel and is authorized

Page 1 of 2
Rand Stephenson et al. v. JH Title Group, LLC
U.S.D.C. (E.D. Ark.) Case No. 4:16-cv-818-BSM
Plaintiff Terri Freppon's Unopposed Motion for Voluntary Dismissal Without Prejudice

to state that this motion is unopposed.

WHEREFORE, premises considered, Plaintiff respectfully requests that the Court dismiss her claims without prejudice; and for all other good and proper relief to which she may be entitled, whether or not specifically requested herein.

    Respectfully submitted,

    **PLAINTIFFS RAND STEPHENSON, LINDA MCNEAL, TERRI FREPPON and JUDY CARTER**

    SANFORD LAW FIRM, PLLC
    ONE FINANCIAL CENTER
    650 SOUTH SHACKLEFORD, SUITE 411
    LITTLE ROCK, ARKANSAS 72211
    TELEPHONE: (501) 221-0088
    FACSIMILE: (888) 787-2040

By:    Dominique King
    Ark. Bar No. 2015178
    dominique@sanfordlawfirm.com

and    */s/ Josh Sanford*
    Josh Sanford
    Ark. Bar No. 2001037
    josh@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies the foregoing MOTION was filed via the Court's CM/ECF System on this 10th day of August, 2017, and thereby electronically served upon the following counsel of record:

Stephen W. Jones, Esq.
Jack Nelson Jones, P.A.
2800 CANTRELL RD., SUITE 500
LITTLE ROCK, ARKANSAS 72202
TELEPHONE: (501) 375-1122
FACSIMILE: (501) 375-1027
sjones@jacknelsonjones.com

    */s/ Josh Sanford*
    **Josh Sanford**

Page 2 of 2
Rand Stephenson et al. v. JH Title Group, LLC
U.S.D.C. (E.D. Ark.) Case No. 4:16-cv-818-BSM
Plaintiff Terri Freppon's Unopposed Motion for Voluntary Dismissal Without Prejudice